United States District Court
Southern District of Texas
**ENTERED**
December 16, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOSE MENDOZA, Individually and on Behalf of All Others Similarly Situated, Plaintiffs | § § § § § | |
| v. | § § | Civil Action No. 1:22-cv-128 |
| SHALOM HOME CARE INC., Defendant | § § § | |

## ORDER

The Court is in receipt of the parties' "Agreed Motion Regarding Authorization to Send a Court-Approved Notice to Potential Opt-In Plaintiffs" (hereinafter, the parties' "Agreed Motion"). Dkt. No. 11. The parties' Agreed Motion is **GRANTED**. Accordingly:

1. The Court approves the Notice of Lawsuit, Text Message Notice, Consent to Join Collective Action, and Contact Information Form (hereinafter, the "Approved Notice Forms") filed as Exhibits in the parties' Agreed Motion.

2. The Court approves Plaintiff sending the Approved Notice Forms via U.S. Mail, email, and text message to the following group ("Collective Group") in English and Spanish:

> **All hourly-paid, home care workers whose time records show the individual worked over forty (40) hours in at least one week within the past three years without being paid overtime.**

3. Defendant shall produce a list of the Collective Group, including names, last known addresses, emails, and telephone numbers as contained in Defendant's

electronic data base, in an electronic, editable format on or before **twenty-one (21) days** of this Order.

4. The deadline for members of the Collective Group to file a Consent to Join Collective Action with the Court to opt-in as a plaintiff shall be **sixty (60) days** following the date Defendant produces the list of the Collective Group.

**SIGNED** on this **16th** day of **December, 2022**, at Brownsville, Texas.

_____
Ignacio Torteya, III
United States Magistrate Judge