IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JOSE MENDOZA, Individually and On Behalf of All Others Similarly Situated,** | § § § § | |
| **Plaintiff** | § § | |
| v. | § § | Civil Action No. 1:22-cv-00128 |
| **SHALOM HOME CARE, INC.** | § § § | |
| **Defendant** | § § § | |

## NOTICE OF FILING OF CONESNT TO JOIN FLSA COLLECTIVE ACTION BY OPT-IN PLAINTIFF

TO THE HONORABLE COURT:

Plaintiff hereby gives notice that Gloria Hernandez, Antonia Alvarado, Virginia Galindo, and Margarita Esparza hereby join the above-styled collective action as opt-in Plaintiffs pursuant to the Fair Labor Standards Act, as manifested in their executed consent forms attached hereto as Exhibits A-D, and incorporated herein by reference.

Respectfully submitted,

EQUAL JUSTICE CENTER

By: /s/ Caitlin Boehne
Duchoang Pham
Texas State Bar No. 24116900
S.D. Texas Fed. ID No. 3470605
2925 Richmond Ave., Ste. 1231
Houston, TX 77098
Tel: (832) 441-4787
Fax: (512) 474-0008
dpham@equaljusticecenter.org

Aaron Johnson
Attorney-in-Charge
Texas State Bar No. 24056961
S.D. Texas Fed. ID No. 1580429
ajohnson@fairlaborlaw.com
FAIR LABOR LAW
314 E. Highland Mall Blvd, Ste. 401
Austin, Texas 78752
Ph: (512) 277-3505
Ph: (512) 277-3254

Caitlin Boehne
Texas State Bar No. 24075815
S.D. Texas Fed. ID No. 3416004
cboehne@equaljusticecenter.org
EQUAL JUSTICE CENTER
314 E. Highland Mall Blvd., Ste. 401
Austin, Texas 78752
Tel (512) 474-0007, ext. 110
Fax (512) 474-0008

## CERTIFICATE OF SERVICE

I hereby certify that, on March 7, 2023, I filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

/s/ Caitlin Boehne
Caitlin Boehne