# EXHIBIT D

## CONSENTIMIENTO PARA UNIRSE A LA DEMANDA FLSA

Yo entiendo que podría ser elegible para unirme a la acción presentada por José Mendoza ("Demandante Nombrado") para recuperar sueldos no pagados, indemnización por daños y perjuicios, honorarios de abogados, y costos de Shalom Health Care, Inc. ("Demandado").

Al presentar este consentimiento, yo entiendo que **yo designo al Demandante Nombrado como mi agente para tomar decisiones en mi nombre** con respecto al litigio de la Ley de Normas Justas de Trabajo (FLSA, por sus siglas en inglés) contra el Demando incluyendo el método y manera de llevar a cabo este litigio, **acordar algún arreglo, acordar algún acuerdo con los abogados del Demandante Nombrado en relación con honorarios de abogados y costos**, y todos los asuntos permitidos bajo la Ley de Normas Justas de Trabajo contra el Demandado. Estas decisiones y acuerdos hechos y acordados entre el Demandante Nombrado serán vinculantes para mí si yo firmo este consentimiento.

Yo entiendo que el Demandante Nombrado ha entrado a un Acuerdo de Representación ("Acuerdo de Representación") con Fair Labor Law PLLC ("Bufete de Abogados"), que se aplica a todos los demandantes que presenten este consentimiento. Si yo firmo este consentimiento, yo acepto estar sujeto(a) al Acuerdo de Representación. Además, yo entiendo que puedo obtener una copia del Acuerdo de Representación antes de firmar este consentimiento o después solicitándolo al Bufete de Abogados.

Yo estoy de acuerdo y entiendo que el Bufete de Abogados y/o el Demandante Nombrado podrían en el futuro designar a otros individuos para que sean Demandantes Nombrados en el litigio de la Ley de Normas Justas de Trabajo contra el Demandado. Yo doy mi consentimiento para dicha designación y acepto a estar sujeto(a) a las decisiones de dicho(s) nuevo(s) Demandante(s) Representante para todos los propósitos relacionados con el litigio de la Ley de Normas Justas de Trabajo contra el Demandado. Además, yo reconozco que este consentimiento está destinado a ser presentado para recuperar mis sueldos contra el Demandado en la acción con el Demandante Nombrado.

Al elegir presentar este consentimiento, yo entiendo que estaré obligado(a) por un dictamen de la corte. Yo también estaré obligado(a) por cualquier acuerdo negociado en nombre de todos los Demandantes.

Yo doy mi consentimiento para unirme a la acción como parte-demandante para recuperar mis sueldos no pagados.

_Margarite Esparza_
Firma

_____
Fecha

_Margarita C Esparza_
Nombre en Letra de Molde