United States District Court
Southern District of Texas
**ENTERED**
December 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE MENDOZA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:22-CV-00128 |
| SHALOM HOME CARE, INC., *et al.*, | § § § | |
| Defendants. | § | |

### ORDER GRANTING DISMISSAL

Before the Court is the parties' "Stipulation of Dismissal With Prejudice" (Dkt. No. 37). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs' claims against Defendants are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on December 21, 2023.

_____
Rolando Olvera
United States District Judge